MONROE WASHER, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 31323.   Promulgated April 15, 1930.

*Joseph H. Kraus, C. P. A.*, and *Harold R. Lhowe, Esq.*, for the petitioner.

*T. M. Mather, Esq.*, for the respondent.

OPINION.

SEAWELL: We agree with the petitioner that losses are deductible in the year when sustained, but it is also true that in order to be entitled to such deduction it must first be shown that a loss has been sustained in the year for which the loss is claimed. The Commissioner disallowed the loss here claimed and his findings are *prima facie* correct. The burden then rested on the petitioner of

showing that a loss had been sustained which is allowable as a deduction. We do not think this burden is met by a mere showing that an entry was made on the books of a corporation of which he was president, charging him with a loss on a given transaction. Cf. *Washer* v. *Commissioner*, 35 Fed. (2d) 1023, affirming *Monroe Washer*, 12 B. T. A. 632, where a deduction similar to the one here claimed was disallowed for lack of proof in a case involving this same taxpayer for 1923.

*Judgment will be entered for the respondent.*